```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
                        FORT WORTH DIVISION
```

DEBORAH L. TAYLOR           §
                            §
VS.                         §   ACTION NO. 4:21-CV-107-Y
                            §
COMMISSIONER OF THE         §
SOCIAL SECURITY ADMINISTRATION §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

On July 12, 2022, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause. In that document, the magistrate judge gave all parties until July 26 to serve and file with the Court written objections to the proposed findings, conclusions, and recommendation of the magistrate judge. No written objections have been received from either party. See *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), de novo review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the Commissioner's decision is AFFIRMED, for the reasons articulated by the magistrate judge.

SIGNED July 27, 2022.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE